RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

CHRISTY L. KING
E-mail: christy.king@usdoj.gov
Wisconsin Bar Number: 1038373
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-1707
Facsimile: (202) 514-2583

THOMAS P. O'BRIEN
United States Attorney for the
Central District of California

**Attorneys for the United States of America**

(Additional attorneys continued on the next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

_____
)
UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )   Case No. ED CV 07-01092 SGL (OPx)
                             )
         v.                  )
                             )   **ORDER**
PREMIER INDUSTRIES, INC.,    )
                             )
         Defendant.          )
_____)

HARRY EDWARD GRANT
E-mail:     hgrant@riddellwilliams.com
Washington Bar Number: 13494
Riddell Williams P.S.
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154-1065
Telephone:  (206) 389-1574
Facsimile:  (206) 389-1708

STEPHEN HYAM
E-mail:     shyam@clarktrev.com
California Bar Number: 198065
Clark & Trevithick
800 Wilshire Blvd.
12th Floor
Los Angeles, CA 90017
Telephone:  (213) 629-5700
Facsimile:  (213) 624-9441

**Attorneys for Premier Industries, Inc.**

# ORDER

Having considered the Plaintiff's and Defendant's Joint Application for First Amendment to the Consent Decree it is hereby ORDERED, ADJUDGED AND DECREED that the Consent Decree shall remain in effect in accordance with its terms, except that the Decree shall be amended as set forth below.

> **Paragraph 1** shall be amended by replacing the original paragraph with the following:
>
> This Court has jurisdiction over the subject matter of this action, and over the Parties pursuant to section 113(b) of the CAA, 42 U.S.C. § 7413(b) and 28 U.S.C. §§ 1331 and 1345.  Pursuant to Paragraph 88 of this Decree, the Court retained jurisdiction to modify and enforce the Decree.  Venue lies in this District pursuant to 28 U.S.C. § 1391(b) and 42 U.S.C. § 7413 (b), because the violations alleged in the Complaint are alleged to have occurred in this judicial district. For

purposes of this Decree, or any action to enforce this Decree, Defendant consents to the Court's jurisdiction over this Decree and any such action and over Defendant and consents to venue in this judicial district.

**Paragraph 9** shall be amended by adding the following new definitions:

**A(1).** "APPROVED NIEPS BEAD" shall mean NIEPS Loyal Type FS and NIEPS Flint Hills Type 54 used to create specified product and such other NIEPS Bead that has been approved by EPA Region IX for use under this amended Consent Decree and for which operating parameters have been established by EPA.

**M(1).** "NIEPS FLINT HILLS TYPE 54" shall mean NIEPS Bead Flint Hills Type 54 used to produce either 1.0 pound per cubic foot virgin product (1.0 MV), 1.0 pound per cubic foot recycled product (1.0 MG) or 1.25 pound per cubic foot recycled product (1.25 MG).

**M(2).** "NIEPS LOYAL TYPE FS" shall mean NIEPS Bead Loyal Type FS used to produce either 1.0 pound per cubic foot virgin product (1.0 MV), 1.0 pound per cubic foot recycled product (1.0 MG) or 1.25 pound per cubic foot recycled product (1.25 MG).

**Paragraph 9** shall be amended by replacing the definition of Non-Demonstrated Compliant Bead with the following:

**N.** "Non-Demonstrated Compliant Bead" shall mean raw EPS bead with a pentane content greater than 3.6% by weight, other than a NIEPS Bead or Approved NIEPS Bead.

**Paragraph 14** shall be amended by replacing the first sentence of the Paragraph with the following:

Beginning no later than the date of lodging and continuing until termination of the Consent Decree, when using Demonstrated Compliant Bead, Defendant shall comply with 14(A), (B) and (C) below.

**Paragraph 14** shall be amended by adding the following subparagraphs:

**Paragraph 14(D).** When using NIEPS Loyal Type FS, Defendant shall:

> (1) Age the beads for a minimum of 18 hours in the Bead Aging Operation before use.
> (2) At all times during the Manufacturing Operation, continuously operate the Facility's RTO at a set point temperature of at least 1570°F. The RTO operating temperature shall be continuously monitored and recorded as required by Paragraph 14(A).
> (3) At all times when there are beads present in the Bead Aging Operation, maintain the air temperature in the Bead Aging Operation of the Facility at a 24 hour

average temperature of no less than 92°F. The air temperature in the Bead Aging Operation shall be continuously monitored and results recorded as required by Paragraph 14(B).

(4) At all times when there are beads present in the Bead Aging Operation, maintain the Bead Aging Operation as required by Paragraph 14(C).

(5) Only use NIEPS Loyal Type FS bead to produce either 1.0 pound per cubic foot virgin product (1.0 MV), 1.0 pound per cubic foot recycled product (1.0 MG) or 1.25 pound per cubic foot recycled product (1.25 MG).

(6) Maintain records detailing the brand and type of bead used and the density and source (virgin or recycled/regrind) of each batch of product produced with such bead.

**Paragraph 14(E).** When using NIEPS Flint Hills Type 54, Defendant shall:

(1) Age the beads for a minimum of 24 hours in the Bead Aging Operation before use.

(2) At all times during the Manufacturing Operation, continuously operate the Facility's RTO at a set point temperature of at least 1570°F. The RTO operating temperature shall be continuously monitored and recorded as required by Paragraph 14(A).

(3) At all times when there are beads present in the Bead Aging Operation, maintain the air temperature in the Bead Aging Operation of the Facility at a 24 hour average temperature of no less than 90°F. The air temperature in the Bead Aging Operation shall be continuously monitored and results recorded as required by Paragraph 14(B).

(4) At all times when there are beads present in the Bead Aging Operation, maintain the Bead Aging Operation as required by Paragraph 14(C).

(5) Only use NIEPS Flint Hills Type 54 bead to produce either 1.0 pound per cubic foot virgin product (1.0 MV), 1.0 pound per cubic foot recycled product (1.0 MG) or 1.25 pound per foot cubic foot recycled product (1.25 MG).

(6) Maintain records detailing the brand and type of bead used and the density and source (virgin or recycled/regrind) of each batch of product produced with such bead.

**Paragraph 17** shall be amended by replacing the current Paragraph with the following:

Beginning on or before August 1, 2007, and continuing through the date of termination of this Consent Decree, Defendant shall process only Demonstrated Compliant Bead or Approved NIEPS Bead at the Facility, except to the extent that Defendant is required by the District

to employ Non-Demonstrated Compliant Bead in the conduct of a source test or other compliance demonstration for purposes of periodically demonstrating Defendant's compliance with Rule 1175, or as provided in Paragraph 19.

**Paragraph 20** shall be amended by replacing the current Paragraph with the following:

If, during the duration of this Consent Decree and pursuant to the above Paragraph 19, EPA determines that there exists NIEPS Bead that would achieve compliance with Rule 1175 and this Decree, Defendant may seek approval from EPA to use such Bead as Approved NIEPS Bead, as set forth in the following sub-paragraphs:

    (A)  For any NIEPS Bead tested pursuant to Paragraph 19 and which Defendant contends complies with Rule 1175 and this Consent Decree, Defendant shall submit to the District, EPA Region IX and DOJ in accordance with Section XV (Notices), a Request to Use NIEPS Bead ("Request to Use"), indicating that Defendant is seeking approval for use of such NIEPS Bead in production. The Request shall include the following information:

        (1)  Bead type
        (2)  Product type(s)
        (3)  Minimum Bead Aging Time
        (4)  Minimum Average Bead Aging Temperature
        (5)  RTO Operating Requirements
        (6)  Proposed Date to Begin Usage

  (B) If, after review of the Request to Use, EPA Region IX determines that use of the proposed NIEPS Bead will comply with Rule 1175 and this Decree, EPA Region IX may approve the use of such NIEPS Bead and establish the operating parameters for the bead's usage.

  (C) Upon EPA's written approval of the use of NIEPS Bead and operating parameters, such bead shall be considered Approved NIEPS Bead.

  (D) Defendant shall not commence production with any NIEPS Bead or Approved NIEPS Bead, except as allowed under Paragraph 19, until Defendant receives written approval from EPA Region IX.

  (E) The operating parameters established in EPA's written approval of Approved NIEPS Bead shall be enforceable conditions of the Consent Decree, and Defendant shall not use Approved NIEPS Bead except in conformance with such operating requirements.

  (F) Approved NIEPS Bead shall be subject to the record keeping and reporting requirements of Sections VII and VIII and the stipulated penalty provisions in Section IX of the Consent Decree.

**Paragraph 41(A)** shall be amended by replacing the current Paragraph with the following:

For each failure to operate as required by Paragraph 14 and/or the operating requirements established by EPA in accordance with Paragraph 20 for Approved NIEPS Bead:

$2,200 per violation/per day.

**Section XVI** shall be amended by adding the following paragraph:
**Paragraph 87(A)** This First Amendment to the Decree shall be effective upon approval and entry of this Amendment by the Court.

IT IS SO ORDERED and ENTERED.


DATED: July 20, 2008

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

9