CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. ED CV 07-01092 SGL (OPx)
              )
         Plaintiff,  )  ORDER TERMINATING
              )  CONSENT DECREE
   vs.          )
              )
PREMIER INDUSTRIES, INC.,  )
              )  UNITED STATES DISTRICT COURT
         Defendant.  )
              )

**WHEREAS,** the Parties have stipulated, in accordance with its terms, to the termination of the Consent Decree approved and entered by the Court on September 4, 2007 (**Dkt. No. 3**), and amended by Order entered by the Court on July 23, 2008 (**Dkt. No 11**).

It is **ORDERED**:

The Consent Decree, as amended, is hereby terminated.

October 09, 2009

*[signature: S.G. Larson]*

STEPHEN G. LARSON

United States District Judge